```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :   18Cr0041-010 (DLC)
  UNITED STATES OF AMERICA,             :
                                        :        ORDER
             -v-                        :
                                        :
  JAFARI JONES,                         :
                           Defendant.   :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On August 9, 2022, the defendant filed a motion to correct his sentence. The plea agreement, presentence investigation report, and judgment of conviction each reflect a sentence including four years of supervised release. At his plea allocution, the defendant was advised that the mandatory minimum term of supervised release was four years, and the term could be as long as life. The transcript of the sentencing hearing, however, indicates that the Court pronounced a sentence including only three years of supervised release. The defendant has moved to correct the written judgment to reflect a three-year term of supervised release. Accordingly, it is hereby

ORDERED that any response to the defendant's motion shall be submitted no later than **September 12, 2022**. Any reply by the defendant in support of the motion shall be submitted no later than **October 12, 2022**.

IT IS FURTHER ORDERED that the parties shall address whether the defendant's motion is barred by the 14-day limitations period applicable to motions to correct a sentence pursuant to Fed. R.

Crim. P. 35(a), or the one-year limitations period applicable to motions to vacate, set aside, or correct a sentence pursuant to 28 U.S.C. § 2255.

IT IS FURTHER ORDERED that the Clerk of Court shall mail a copy of this Order to the defendant at USM# 85880-054, USP Big Sandy, USP P.O. Box 2068, Inez, KY 41224.

Dated:   New York, New York
         August 11, 2022

                                        _____
                                              DENISE COTE
                                        United States District Judge

2