```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :
                                         :   S1 18cr0041-10(DLC)
              -v-                        :
                                         :   ORDER
JARARI JONES,                            :
                           Defendant.    :
                                         :
----------------------------------------X
```

DENISE COTE, District Judge:

Having received the defendant's letter of August 17, 2023 inquiring regarding the status of his "Rule 36 motion" filed on August 9, 2022, it is hereby

ORDERED that the Clerk of Court is directed to mail a copy of this Order as well as this Court's Opinion and Order dated November 9, 2022 to the defendant and note service on the docket.

Dated:   New York, New York
         August 22, 2023

                                    _____
                                          DENISE COTE
                                    United States District Judge

Mail to:

Jafari Jones
USM #85880-054
USP BIG SANDY
U.S. PENITENTIARY
P.O. BOX 2068
INEZ, KY 41224